AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

FILED
CLERK'S OFFICE

2017 JUL 27 P 1: 07

MANES PIERRE )
*Plaintiff/Petitioner* )
                                   )
         v.                        )    Civil Action No.
Judge Edward Donnelly, Jr et all ) 
*Defendant/Respondent* )
                                   )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.*  If I am employed, my employer's name and address are:

Holyoke Public Schools
57 Suffolk street, Holyoke, MA 01040

My gross pay or wages are:  $ ___2000___ , and my take-home pay or wages are:  $ ___957___ per

(specify pay period) ___bi-weekly___ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☒ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Teaching salary every two weeks after income deduction order for 3 children with two women. My saving account has been levied with DOR with a zero balance in my saving account.

AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ 16 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (*describe the property and its approximate value*):

Hyundai Sonata 2011 with a loan balance of $ 11,000

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (*describe and provide the amount of the monthly expense*):

Food $ 600
housing $ 600
transportation $ 300
student loan $ 150
car insurance $ 158

Car loan $ 383

1808 + 383 => $ 2,191
total

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

(Mother) Marie Marthe Louis $100
(Son) M. Pierre, Jr. $298
(Daughter) A. Pierre $298
(Daughter) S. Pierre $714

(Every two weeks

8. Any debts or financial obligations (*describe the amounts owed and to whom they are payable*):

Car loan $ 11,000 Exeter Finance
Student loan $ 262,858 → Premiere credit

Declaration:  I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 7/27/17

_____
Applicant's signature

MANES PIERRE
Printed name